# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED13-00292M |
| Troy Foster Mitchell | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of  Defenant _____, IT IS ORDERED that a detention hearing is set for  June 13, 2013 _____, _____, at  3:00 _____ ☐a.m. / ☒p.m. before the Honorable  SHERI PYM _____, in Courtroom  4-3rd Floor _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: 6/11/13

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge